UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-63008-CIV-DIMITROULEAS

JAMIL HINDI,
individually and on behalf of all
others similarly situated,

Magistrate Judge Snow

Plaintiff,

vs.

APT-ABILITY LLC d/b/a
MOBILESENTRIX,

Defendant.
_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal With Prejudice [DE 17] (the "Notice"), filed herein on March 22, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 22] is hereby **APPROVED**;

2. All claims of the Plaintiff, Jamil Hindi, individually, are hereby dismissed with prejudice.

3. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

1

4.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

2